IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN EVAN PULLAM                                                    PLAINTIFF

v.                            No. 3:15-cv-85-DPM-JTR

DAVID CARTER, Sheriff, Greene County
Detention Center; ALLISON HUCKABEE,
Jail Administrator, Greene County Detention
Center; and ROSEMARY FARMER, Nurse,
Greene County Detention Center                        DEFENDANTS

## ORDER

Unopposed partial recommendation, № 9, adopted. FED. R. CIV. P. 72(b)

(1983 Addition to Advisory Committee Notes). Pullam's claims against

Carter are dismissed without prejudice. Pullam may proceed with his claims

against Farmer and Huckabee. The Court directs the Clerk to prepare

summons for Farmer and Huckabee and the United States Marshal to serve

a copy of the summons, this Order, the amended complaint, and the partial

recommendation, № 9, on them without prepayment of fees and costs or

security. An *in forma pauperis* appeal from this Order would not be taken in

good faith.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

23 June 2015