# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JOHN EVAN PULLAM                                                                    PLAINTIFF

V.                                  3:15CV00085 DPM/JTR

ALLISON HUCKABEE, Jail Administrator,
Greene County Detention Center, et al.                                      DEFENDANTS

## ORDER

On August 7, 2015, Plaintiff filed a Statement indicating that he has been released from custody and is currently residing at a private address in Paragould, Arkansas. *Doc. 24*. In light of his recent release, it is unclear whether Plaintiff is still entitled to proceed *in forma pauperis*.[1]

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to send Plaintiff a freeworld Application to Proceed *In Forma Pauperis*.

2.      Plaintiff must file, **on or before September 20, 2015**, a freeworld Application to Proceed *In Forma Pauperis*.

3.      Plaintiff is reminded that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

---

[1] The Court's records demonstrate that Plaintiff currently owes all of the $350 filing fee.

Dated this 18th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE