IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN EVAN PULLAM                                                    PLAINTIFF

v.                              No. 3:15-cv-85-DPM-JTR

ALLISON HUCKABEE, Jail Administrator,
Greene County Detention Center; and
ROSEMARY FARMER, Nurse, Greene
County Detention Center                                            DEFENDANTS

ORDER

Pullam's mail is being returned undeliverable. № 37. If Pullam doesn't

update his address with the Court by 14 August 2016, then his remaining

claims will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_18 July 2016_