IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN EVAN PULLAM                                                    PLAINTIFF

v.                              No. 3:15-cv-85-DPM

ALLISON HUCKABEE, Jail Administrator,
Greene County Detention Center; and
ROSEMARY FARMER, Nurse, Greene
County Detention Center                                             DEFENDANTS

ORDER

1. Pullam hasn't responded to the Court's 18 July 2016 Order; his mail is still being returned undelivered. № 38 & 39. Pullam's remaining claims will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

2. Motion for summary judgment, № 29, and recommendation, № 36, denied as moot. Huckabee and Farmer may renew their motion if Pullam refiles.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

17 August 2016