IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN EVAN PULLAM                                                                PLAINTIFF

v.                              No. 3:15-cv-85-DPM

DAVID CARTER, Sheriff, Greene County
Detention Center; ALLISON HUCKABEE,
Jail Administrator, Greene County Detention
Center; and ROSEMARY FARMER, Nurse,
Greene County Detention Center                                              DEFENDANTS

## JUDGMENT

Pullam's complement is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 August 2016